359 A.2d 927
COMMONWEALTH
v.
HARRIS, Appellant.

Submitted April 12, 1976.   John H. Corbett, Jr., Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Louis R. Paulick, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 633
COMMONWEALTH
v.
HARRIS, Appellant.

Submitted March 17, 1975.

Frank Carano, and Carano and Kunken, for appellant; Neil Kitrosser, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 679

COMMONWEALTH, Appellant,

v.

HELLER

Argued December 15, 1975. Stewart J. Greenleaf, Assistant District Attorney, with him Milton O. Moss, District Attorney, for Commonwealth, appellant; Henry T. Crocker, with him, Reynier, Crocker, Allebach & Reber, for appellee.

Order affirmed.

360 A.2d 639

COMMONWEALTH

v.

HENNINGS, Appellant.